# Exhibit A (Part 1 of 4)



# NFL Collective Bargaining Agreement 2006-2012

COLLECTIVE BARGAINING AGREEMENT
BETWEEN
THE NFL MANAGEMENT COUNCIL
AND
THE NFL PLAYERS ASSOCIATION
March 8, 2006



EXHIBIT A

# TABLE OF CONTENTS

INTRODUCTION .................................................. 1

PREAMBLE ...................................................... 3

ARTICLE I  DEFINITIONS ........................................ 4
    Section 1. General Definitions ............................ 4
    Section 2. Free Agency Definitions ........................ 5
    Section 3. Salary Cap Definitions ......................... 6
    Section 4. Further Definitions ............................ 7

ARTICLE II  GOVERNING AGREEMENT ............................... 8
    Section 1. Conflicts ...................................... 8
    Section 2. Implementation ................................. 8
    Section 3. Management Rights .............................. 8
    Section 4. Rounding ....................................... 8

ARTICLE III  SCOPE OF AGREEMENT ............................... 9
    Section 1. Scope .......................................... 9
    Section 2. Arbitration .................................... 9

ARTICLE IV  NO STRIKE/LOCKOUT/SUIT ............................ 10
    Section 1. No Strike/Lockout .............................. 10
    Section 2. No Suit ........................................ 10
    Section 3. Releases ....................................... 11

ARTICLE V  UNION SECURITY ..................................... 12
    Section 1. Union Security ................................. 12
    Section 2. Check-off ...................................... 12
    Section 3. NFLPA Meetings ................................. 12
    Section 4. NFLPA Player Group Licensing Program ........... 12
    Section 5. Disputes ....................................... 13
    Section 6. Procedure for Enforcement ...................... 13
    Section 7. NFLPA Responsibility ........................... 14
    Section 8. Orientations ................................... 14
    Section 9. Rookie Symposium ............................... 14

ARTICLE VI  NFLPA AGENT CERTIFICATION ......................... 16
    Section 1. Exclusive Representation ....................... 16
    Section 2. Enforcement .................................... 16
    Section 3. Penalty ........................................ 16

ARTICLE VII  PLAYER SECURITY ............................18
   Section 1. No Discrimination ........................18
   Section 2. Personal Appearance ......................18

ARTICLE VIII  CLUB DISCIPLINE ............................19
   Section 1. Maximum Discipline .......................19
   Section 2. Published Lists ..........................20
   Section 3. Uniformity ...............................20
   Section 4. Disputes .................................20
   Section 5. Deduction ................................20
   Section 6. NFL Drug and Steroid Policies ............21
   Section 7. Cumulative Fines .........................21
   Section 8. Offset of Pre-Season Fine Amounts ........21
   Section 9. Effective Date ...........................22

ARTICLE IX  NON-INJURY GRIEVANCE .........................23
   Section 1. Definition ...............................23
   Section 2. Initiation ...............................23
   Section 3. Filing ...................................23
   Section 4. Ordinary and Expedited Appeal ............23
   Section 5. Discovery ................................24
   Section 6. Arbitration Panel ........................24
   Section 7. Hearing ..................................25
   Section 8. Arbitrator's Decision and Award ..........26
   Section 9. Time Limits ..............................26
   Section 10. Representation ..........................26
   Section 11. Costs ...................................26
   Section 12. Payment .................................27
   Section 13. Grievance Settlement Committee ..........27

ARTICLE X  INJURY GRIEVANCE ..............................28
   Section 1. Definition ...............................28
   Section 2. Filing ...................................28
   Section 3. Answer ...................................28
   Section 4. Neutral Physician ........................29
   Section 5. Neutral Physician List ...................29
   Section 6. Appeal ...................................30
   Section 7. Arbitration Panel ........................30
   Section 8. Hearing ..................................30
   Section 9. Miscellaneous ............................31
   Section 10. Expenses ................................32
   Section 11. Pension Credit ..........................32
   Section 12. Payment .................................32
   Section 13. Presumption of Fitness ..................32
   Section 14. Playoff Money ...........................33

Section 15. Information Exchange .........................33
Section 16. Discovery ....................................33

ARTICLE XI  COMMISSIONER DISCIPLINE ..................34
Section 1. League Discipline .............................34
Section 2. Time Limits ...................................34
Section 3. Representation ................................34
Section 4. Costs .........................................35
Section 5. One Penalty ...................................35
Section 6. Fine Money ....................................35

ARTICLE XII  INJURY PROTECTION ........................36
Section 1. Qualification .................................36
Section 2. Benefit .......................................36
Section 3. Disputes ......................................37

ARTICLE XIII  COMMITTEES ..............................38
Section 1. Joint Committee ...............................38
Section 2. Competition Committee .........................39
Section 3. Player/Club Operations Committee ..............39

ARTICLE XIV  NFL PLAYER CONTRACT ......................40
Section 1. Form ..........................................40
Section 2. Term ..........................................40
Section 3. Changes .......................................40
Section 4. Conformity ....................................40
Section 5. General, Notices, Prohibitions, etc. ..........40
Section 6. Commissioner Disapproval ......................42
Section 7. NFLPA Group Licensing Program .................42
Section 8. Good Faith Negotiation ........................43
Section 9. Limitations on Salary Forfeitures .............43

ARTICLE XV  OPTION CLAUSE .............................45
Section 1. Prohibition ...................................45

ARTICLE XVI  COLLEGE DRAFT ............................46
Section 1. Time of Draft .................................46
Section 2. Number of Choices and Eligibility .............46
Section 3. Required Tender ...............................46
Section 4. Signing of Drafted Rookies ....................46
Section 5. Other Professional Teams ......................47
Section 6. Return to College .............................48
Section 7. Assignment of Draft Rights ....................49
Section 8. Subsequent Draft ..............................49
Section 9. No Subsequent Draft ...........................49

Section 10. Compensatory Draft Selections ................49
Section 11. Undrafted Rookies ............................49
Section 12. Notice of Signing ............................50

ARTICLE XVII  ENTERING PLAYER POOL .......................51
Section 1. Definition ....................................51
Section 2. Covered League Years ..........................51
Section 3. Calculation ...................................51
Section 4. Operation .....................................53
Section 5. Rookie Player Contract Length .................55

ARTICLE XVIII  VETERANS WITH LESS THAN
   THREE ACCRUED SEASONS .................................56
Section 1. Accrued Seasons Calculation ...................56
Section 2. Negotiating Rights of Players With Less
   Than Three Accrued Seasons ............................56

ARTICLE XIX  VETERAN FREE AGENCY .........................57
Section 1. Unrestricted Free Agents ......................57
Section 2. Restricted Free Agents ........................58
Section 3. Offer Sheet and First Refusal Procedures ......63
Section 4. Expedited Arbitration .........................65
Section 5. Individually Negotiated Limitations
   on Player Movement ....................................66
Section 6. Notices, Etc. .................................66

ARTICLE XX  FRANCHISE AND TRANSITION PLAYERS .............68
Section 1. Franchise Player Designations .................68
Section 2. Required Tender for Franchise Players .........68
Section 3. Transition Player Designations ................71
Section 4. Required Tender for Transition Players ........71
Section 5. Right of First Refusal for Transition Players .72
Section 6. Lists .........................................72
Section 7. Salary Information ............................72
Section 8. No Assignment .................................73
Section 9. Duration of Designation [*no longer applicable*] .......73
Section 10. Franchise Player Designation Period ..........73
Section 11. Transition Player Designation Period .........74
Section 12. Prospective Designation [*no longer applicable*] ......74
Section 13. Right to Decline [*no longer applicable*] .............74
Section 14. Other Terms ..................................74
Section 15. Compensatory Draft Selection .................75
Section 16. Signing Period for Transition Players ........75
Section 17. Signing Period for Franchise Players .........75

ARTICLE XXI  FINAL EIGHT PLAN ........................... 77
   Section 1. Application ..................................... 77
   Section 2. Top Four Teams ................................ 77
   Section 3. Next Four Teams ............................... 77
   Section 4. Replacement of Free Agents Signed by Other Club ... 77
   Section 5. Increases ...................................... 78
   Section 6. Salary Definition ............................... 78
   Section 7. Trade Limitation ............................... 78
   Section 8. Transition and Franchise Players ................. 78
   Section 9. Player Tenders ................................. 78

ARTICLE XXII  WAIVER SYSTEM ............................ 79
   Section 1. Release ....................................... 79
   Section 2. Contract ...................................... 79
   Section 3. Ineligibility ................................... 79
   Section 4. Notice of Termination .......................... 79
   Section 5. NFLPA's Right to Personnel Information .......... 80
   Section 6. Rosters ....................................... 80
   Section 7. Procedural Recall Waivers ....................... 80

ARTICLE XXIII  TERMINATION PAY .......................... 81
   Section 1. Eligibility .................................... 81
   Section 2. Regular Season Signings ........................ 81
   Section 3. Ineligibility for Termination Pay ................. 81

ARTICLE XXIV  GUARANTEED LEAGUE-WIDE SALARY,
   SALARY CAP, & MINIMUM TEAM SALARY ................ 82
   Section 1. Definitions .................................... 82
   Section 2. Trigger For Guaranteed League-wide Salary,
      Salary Cap, and Minimum Team Salary .................. 95
   Section 3. Guaranteed League-wide Salary ................... 95
   Section 4. Salary Cap Amounts ............................ 96
   Section 5. Minimum Team Salary ......................... 102
   Section 6. Computation of Team Salary .................... 102
   Section 7. Valuation of Player Contracts ................... 104
   Section 8. 30% Rules .................................... 133
   Section 9. Renegotiations and Extensions .................. 134
   Section 10. Accounting Procedures ........................ 135
   Section 11. Revenue Sharing .............................. 143

ARTICLE XXV  ENFORCEMENT OF THE SALARY
   CAP AND ENTERING PLAYER POOL ..................... 145
   Section 1. Undisclosed Terms ............................ 145
   Section 2. Circumvention ................................ 145
   Section 3. Special Master Action .......................... 145

Section 4. Commissioner Disapproval ......................145
Section 5. Special Master Review .........................146
Section 6. Sanctions ....................................146
Section 7. Revenue Circumvention .......................147
Section 8. Management Council Audit Rights ..............148
Section 9. Prior Consultation ............................148

ARTICLE XXVI   SPECIAL MASTER ..........................149
Section 1. Appointment ................................149
Section 2. Scope of Authority ...........................149
Section 3. Discovery ...................................150
Section 4. Compensation ...............................150
Section 5. Procedures .................................150
Section 6. Selection of Special Master ...................151
Section 7. Penalties ...................................151

ARTICLE XXVII   IMPARTIAL ARBITRATOR ...................152
Section 1. Selection ...................................152
Section 2. Scope of Authority ...........................152
Section 3. Effect of Rulings ............................152
Section 4. Discovery ...................................152
Section 5. Compensation of Impartial Arbitrator ..........152
Section 6. Procedures .................................152
Section 7. Selection of Impartial Arbitrator ..............153

ARTICLE XXVIII   ANTI-COLLUSION .........................154
Section 1. Prohibited Conduct ..........................154
Section 1a. Commissioner Approvals .....................154
Section 2. Other Club Conduct ..........................154
Section 3. Club Discretion ..............................154
Section 4. League Disclosures ..........................155
Section 5. Enforcement of Anti-Collusion Provisions .......155
Section 6. Burden of Proof .............................155
Section 7. Summary Judgment ..........................156
Section 8. Remedies ...................................156
Section 9. Computation of Damages .....................157
Section 10. Player Election ............................157
Section 11. Payment of Damages ........................158
Section 12. Effect on Cap Computations .................158
Section 13. Effect of Salary Cap ........................158
Section 14. No Reimbursement .........................158
Section 15. Costs .....................................158
Section 16. Termination ...............................158
Section 17. Time Limits ...............................159
Section 18. Prior Conference ..........................159

ARTICLE XXIX  CERTIFICATIONS ............................160
    Section 1. Contract Certification ...........................160
    Section 2. End of League Year Certification ................160
    Section 3. False Certification ..............................161

ARTICLE XXX  CONSULTATION AND INFORMATION SHARING .163
    Section 1. Consultation and Communications ...............163
    Section 2. Salary Summaries ...............................163
    Section 3. Notice of Invalid Contract .......................163
    Section 4. Neutral Verifier .................................163
    Section 5. Copies .........................................164
    Section 6. Meetings .......................................164

ARTICLE XXXI  EXPANSION ................................165
    Section 1. Veteran Allocation ..............................165
    Section 2. Additional Compensatory Picks ..................165
    Section 3. Entering Player Pool Adjustment .................165
    Section 4. Relocation Bonus ...............................165

ARTICLE XXXII  OTHER PROVISIONS .......................166
    Section 1. CFL Rule .......................................166
    Section 2. Physically Unable to Perform .....................166
    Section 3. Non-Football Injury .............................166
    Section 4. Roster Exemption ...............................166
    Section 5. Arena Football Players ..........................167

ARTICLE XXXIII  SQUAD SIZE ..............................169
    Section 1. Active List .....................................169
    Section 2. Pre-Season ....................................169
    Section 3. Inactive List ...................................169
    Section 4. Active and Inactive List Limit ....................169

ARTICLE XXXIV  PRACTICE SQUADS ........................170
    Section 1. Practice Squads .................................170
    Section 2. Signing With Other Clubs ........................170
    Section 3. Salary .........................................171
    Section 4. Eligibility .....................................171
    Section 5. Active List .....................................171

ARTICLE XXXV  OFF-SEASON WORKOUTS ...................172
    Section 1. Voluntary Workouts .............................172
    Section 2. Time Periods ...................................172
    Section 3. Payment .......................................172
    Section 4. Injuries ........................................173
    Section 5. Miscellaneous ..................................173