IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

| | |
|---|---|
| THE ATLANTA FALCONS FOOTBALL CLUB LLC, and THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, <br><br>    Plaintiffs, <br><br> vs. <br><br> THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, RODERICK COLEMAN, WILREY FONTENOT, TONY GILBERT, KINDAL MOOREHEAD, STANLEY PRITCHETT, KARON RILEY, BRETT ROMBERG, JASON WEBSTER, and DEZ WHITE, <br><br>    Defendants. | No. |

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Atlanta Falcons Football Club LLC and the National Football League Management Council, by and through their undersigned attorneys, furnish the following information in compliance with Local Rule 3.3 and Federal Rule of Civil Procedure 7.1.

1

(1) The undersigned counsel of record for the Atlanta Falcons Football Club LLC and the National Football League Management Council, parties to this action, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1. National Football League Management Council
2. Atlanta Falcons Football Club LLC
3. National Football League Players Association
4. Roderick Coleman
5. Wilrey Fontenot
6. Tony Gilbert
7. Kindal Moorehead
8. Stanley Pritchett
9. Karon Riley
10.  Brett Romberg
11. Jason Webster
12. Dez White

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Great Divide Insurance Company
2. The Travelers Companies, Inc.
3. Gulf Underwriters Insurance Company

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1. S. Stewart Haskins, King & Spalding LLP, counsel for Plaintiffs.
2. Darrick L. McDuffie, King & Spalding LLP, counsel for Plaintiffs.
3. Adam J. Kaiser, Dewey & LeBoeuf LLP, counsel for Defendants.
4. Jeffrey L. Kessler, Dewey & LeBoeuf LLP, counsel for Defendants.
5. Jeffrey H. Newhouse, Dewey & LeBoeuf LLP, counsel for Defendants.

Submitted this 5th day of March, 2012.

/s/ Darrick L. McDuffie
S. Stewart Haskins
shaskins@kslaw.com
Georgia Bar No. 336104
Darrick L. McDuffie
dmcduffie@kslaw.com
Georgia Bar No. 490248
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600
(404) 572-5100 (fax)

*Attorneys for Plaintiffs*